**Order entered September 16, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-21-00696-CV**
**No. 05-21-00697-CV**

**DAVID DIAZ, ET AL., Appellants**

**V.**

**SMS FINANCIAL CAP, LLC, ET AL., Appellees**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-00653-2011**

### ORDER

Before the Court is appellant David Diaz's August 27, 2021 motion to consolidate these two appeals. We **GRANT** the motion. We **DIRECT** the Clerk of this Court to **CONSOLIDATE** the appeal designated as appellate cause number 05-21-00697-CV into the appeal designated as appellate cause number 05-21-00696-CV. We further **DIRECT** the Clerk of this Court to transfer the clerk's record filed in appellate cause number 05-21-00697-CV into appellate cause

number 05-21-00696-CV. Henceforth, all documents filed shall use appellate cause number 05-21-00696-CV.

Also before the Court are appellant David Diaz's September 14, 2021 motion and appellants Scott Fisher and Kristi Fisher's September 15, 2021 motion for an extension of time to file their respective briefs on the merits. We **GRANT** the motions and extend the deadline to **October 18, 2021**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE